# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

MURRAY FARRIS                                                                                         PLAINTIFF

v.                                          NO. 2:13CV00118 JLH

GENE HENRY WHITE                                                                                DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 28th day of July, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE